MORGAN, LEWIS & BOCKIUS LLP
MONIQUE E. CHO (State Bar No. 251949)
mcho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:    +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
ANITA B. POLOTT (*pro hac vice* application forthcoming)
apolott@morganlewis.com
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004-2541
Tel:    +1.202.739.3000
Fax:    +1.202.739.3001

MORGAN, LEWIS & BOCKIUS LLP
JOHN V. GORMAN (*pro hac vice* application forthcoming)
jgorman@morganlewis.com
AMY M. DUDASH (*pro hac vice* application forthcoming)
adudash@morganlewis.com
1701 Market Street
Philadelphia, PA  19103-2921
Tel:    +1.215.963.5000
Fax:    +1.215.963.5001

Attorneys for Defendant
LAW SCHOOL ADMISSION COUNCIL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORLEY CAMBRIDGE TATRO, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC., a Delaware corporation; and DOES 1-50,<br><br>    Defendants. | Case No. 2:15-CV-7627<br><br>**DEFENDANT LAW SCHOOL ADMISSION COUNCIL, INC.'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>[Local Rule 7.1-1; Fed. R. Civ. P. 7.1] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 84729964.1

NOTICE OF INTERESTED PARTIES &
CORPORATE DISCLOSURE STATEMENT

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 7.1-1 of the Local Rules of Practice of for the United States District Court for the Central District of California, the undersigned, counsel of record for Defendant Law School Admission Council, Inc. ("LSAC"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Morley Cambridge Tatro
2. Defendant LSAC

Pursuant to Federal Rule of Civil Procedure 7.1, LSAC, through its counsel, further certifies that: LSAC, a nongovernmental corporate party in the above-listed civil action, does not have any parent corporation and no publicly held corporation owns 10% or more of the stock of LSAC.

Dated: September 29, 2015        MORGAN, LEWIS & BOCKIUS LLP

By /s/ Monique E. Cho
Monique E. Cho
Attorneys for Defendant
LAW SCHOOL ADMISSION COUNCIL, INC.