MORGAN, LEWIS & BOCKIUS LLP
MONIQUE E. CHO (State Bar No. 251949)
mcho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
ANITA B. POLOTT (*pro hac vice* application forthcoming)
apolott@morganlewis.com
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2541
Tel: +1.202.739.3000
Fax: +1.202.739.3001

MORGAN, LEWIS & BOCKIUS LLP
JOHN V. GORMAN (*pro hac vice* application forthcoming)
jgorman@morganlewis.com
AMY M. DUDASH (*pro hac vice* application forthcoming)
adudash@morganlewis.com
1701 Market Street
Philadelphia, PA 19103-2921
Tel: +1.215.963.5000
Fax: +1.215.963.5001

Attorneys for Defendant
LAW SCHOOL ADMISSION COUNCIL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORLEY CAMBRIDGE TATRO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC., a Delaware corporation; and DOES 1-50,<br><br>Defendants. | Case No. 2:15-CV-7627<br><br>**DECLARATION OF WENDY MARGOLIS IN SUPPORT OF NOTICE OF REMOVAL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

## DECLARATION OF WENDY MARGOLIS

I, Wendy Margolis, hereby declare and state as follows:

1. I am the Director of Communications, Publishing and Creative Services for Law School Admission Council, Inc. ("LSAC"). In this capacity, I am familiar with LSAC's operations, including its practice of granting royalty-bearing licenses to test-preparation companies that permit the reproduction of Law School Admission Test ("LSAT") materials. If called upon to do so, I could and would testify to the following from my personal knowledge.

2. I make this declaration in support of LSAC's Notice of Removal.

3. LSAC entered into license agreements with Morley Tatro d/b/a/ Cambridge LSAT ("Plaintiff") beginning in 2009 that authorized Plaintiff to use, print, reproduce and distribute certain LSAT materials under certain conditions for a licensing fee.

4. For 2013, Plaintiff owed and paid in excess of $75,000 in licensing fees to LSAC pursuant to the parties' license agreement.

5. For 2014, Plaintiff owed and paid in excess of $75,000 in licensing fees to LSAC pursuant to the parties' license agreement.

6. LSAC and Plaintiff entered into their most recent license agreement on June 13, 2015, which covers the period of January 2015 through June 30, 2017. This licensing agreement has a similar licensing fee structure as the previous agreements between Plaintiff and LSAC.

7. LSAC terminated its license agreement with Plaintiff effective August 15, 2015. Although LSAC has asked Plaintiff to cease offering for sale unauthorized copies of LSAT materials, Plaintiff has refused to do so to date.

8. Plaintiff has not yet fully paid licensing fees for 2015. At this time, LSAC expects that Plaintiff will owe in excess of $75,000 in licensing fees for 2015.

///

1   I declare under penalty of perjury under the laws of the United States of
2   America that the foregoing is true and correct, and that this declaration was
3   executed on September 23, 2015, in Newtown, Pennsylvania.

_____
WENDY MARGOLIS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

DECLARATION OF WENDY MARGOLIS
IN SUPPORT OF NOTICE OF REMOVAL