MORGAN, LEWIS & BOCKIUS LLP
MONIQUE E. CHO (State Bar No. 251949)
mcho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
ANITA B. POLOTT (*pro hac vice* application forthcoming)
apolott@morganlewis.com
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2541
Tel: +1.202.739.3000
Fax: +1.202.739.3001

MORGAN, LEWIS & BOCKIUS LLP
JOHN V. GORMAN (*pro hac vice* application forthcoming)
jgorman@morganlewis.com
AMY M. DUDASH (*pro hac vice* application forthcoming)
adudash@morganlewis.com
1701 Market Street
Philadelphia, PA 19103-2921
Tel: +1.215.963.5000
Fax: +1.215.963.5001

Attorneys for Defendant
LAW SCHOOL ADMISSION COUNCIL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORLEY CAMBRIDGE TATRO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC., a Delaware corporation; and DOES 1-50,<br><br>Defendants. | Case No. 2:15-CV-7627<br><br>**DEFENDANT LAW SCHOOL ADMISSION COUNCIL, INC.'S NOTICE OF RELATED CASES**<br><br>[Local Rule 83-1.3] |

1 TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
2 DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL
3 OF RECORD:

4   **PLEASE TAKE NOTICE** that pursuant to Rule 83-1.3 of the Local Rules
5 of Practice of for the United States District Court for the Central District of
6 California, Defendant Law School Admission Council, Inc. hereby submits that as
7 of the date of this filing, it it is not aware of any cases previously filed or currently
8 pending before this Court which arise from the same or a closely related
9 transaction, happening, or event; call for determination of the same or substantially
10 related or similar questions of law and fact; or for other reasons would entail
11 substantial duplication of labor if heard by different judges.

12 Dated:   September 29, 2015    MORGAN, LEWIS & BOCKIUS LLP

15   By  /s/ Monique E. Cho
   Monique E. Cho
16    Attorneys for Defendant
   LAW SCHOOL ADMISSION
17    COUNCIL, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 84729991.1

2

NOTICE OF RELATED CASES