MORGAN, LEWIS & BOCKIUS LLP
MONIQUE E. CHO (State Bar No. 251949)
mcho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
ANITA B. POLOTT (*pro hac vice* application forthcoming)
apolott@morganlewis.com
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004-2541
Tel:   +1.202.739.3000
Fax:   +1.202.739.3001

MORGAN, LEWIS & BOCKIUS LLP
JOHN V. GORMAN (*pro hac vice* application forthcoming)
jgorman@morganlewis.com
AMY M. DUDASH (*pro hac vice* application forthcoming)
adudash@morganlewis.com
1701 Market Street
Philadelphia, PA  19103-2921
Tel:   +1.215.963.5000
Fax:   +1.215.963.5001

Attorneys for Defendant
LAW SCHOOL ADMISSION COUNCIL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORLEY CAMBRIDGE TATRO, an individual,<br><br>             Plaintiff,<br><br>      vs.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC., a Delaware corporation; and DOES 1-50,<br><br>           Defendants. | Case No. 2:15-cv-7627 RGK (JEMx)<br><br>**DEFENDANT LAW SCHOOL ADMISSION COUNCIL, INC.'S NOTICE OF COMPLIANCE WITH REQUIREMENT TO GIVE NOTICE OF REMOVAL**<br><br>[28 U.S.C. § 1446(d)] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1   **TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL**

2   **DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL**

3   **OF RECORD:**

4         **PLEASE TAKE NOTICE** that on September 29, 2015, Defendant Law

5   School Admission Council, Inc. ("LSAC") served on Plaintiff Morley Cambridge

6   Tatro ("Plaintiff") a copy of LSAC's Notice to State Court and Plaintiff of Removal

7   of the above-captioned action in compliance with 28 U.S.C. § 1446(d).  In addition,

8   on September 29, 2015, LSAC filed in the Superior Court for the State of

9   California, County of Los Angeles, a copy of LSAC's Notice to State Court and

10  Plaintiff of Removal of the above-captioned action in compliance with 28 U.S.C. §

11  1446(d).

12        A copy of the caption page of the Notice to State Court and Plaintiff of

13  Removal and a copy of the proof of service on Plaintiff are attached as **Exhibit A**.

14  Dated:        September 30, 2015      MORGAN, LEWIS & BOCKIUS LLP

15

16

17                                       By  /s/ Monique E. Cho

18                                           Monique E. Cho
                                             Attorneys for Defendant

19                                           LAW SCHOOL ADMISSION
                                             COUNCIL, INC.

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF COMPLIANCE

DB1/ 84730005.1

# EXHIBIT A

MORGAN, LEWIS & BOCKIUS LLP
DEANNE L. MILLER, State Bar No. 185113
MONIQUE E. CHO, State Bar No. 251949
300 South Grand Avenue, Suite 2200
Los Angeles, CA 90071-3132
Tel:    213.612.2500
Fax:    213.612.2501

Attorneys for Defendant LAW SCHOOL ADMISSION
COUNCIL, INC.

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

SEP 29 2015

Sherri R. Carter, Executive Officer/Clerk
By Raul Sanchez, Deputy

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

| | |
|---|---|
| MORLEY CAMBRIDGE TATRO, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC., a California corporation; and DOES 1-50,<br><br>                    Defendants. | Lead Case No. BC593108<br><br>The Honorable Rita Miller, Dept. 16<br><br>**NOTICE TO STATE COURT AND PLAINTIFF OF REMOVAL OF CIVIL ACTION**<br><br>Action Filed:  August 31, 2015<br>Trial Date:    None Set |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, California  90071-3132.

On September 29, 2015, I served the within document(s):

**NOTICE TO STATE COURT AND PLAINTIFF**
**OF REMOVAL OF CIVIL ACTION**

☒        by causing the document(s) listed above to be personally delivered to office of the person(s) listed at the address(es) set forth below.

Rene P. Tatro
Steven R. Tekosky
TATRO TEKOSKY SADWICK LLP
333 S. Grand Avenue, Suite 4270
Los Angeles, California 90071

Executed on September 29, 2015, at Los Angeles, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

_____
Candice S. Wynne

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 26286019.1