# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to:

    District Judge  **R. Gary Klausner**
    Magistrate Judge  **John E. McDermott**

The case number on all documents filed with the Court should read as follows:

**2:15−cv−07627 RGK (JEMx)**

Most district judges in the Central District of California refer all discovery-related motions to the assigned magistrate judge pursuant to General Order No. 05-07. If this case has been assigned to either Judge Manuel L. Real or Judge Robert J. Timlin, discovery-related motions should generally be noticed for hearing before the assigned district judge. Otherwise, discovery-related motions should generally be noticed for hearing before the assigned magistrate judge. Please refer to the assigned judges' Procedures and Schedules, available on the Court's website at www.cacd.uscourts.gov/judges-requirements, for additional information.

Clerk, U.S. District Court

September 30, 2015
Date

By  */s/ Jenny Lam*
Deputy Clerk

---

### ATTENTION

*The party that filed the case-initiating document in this case (for example, the complaint or the notice of removal) must serve a copy of this Notice on all parties served with the case-initiating document. In addition, if the case-initiating document in this case was electronically filed, the party that filed it must, upon receipt of this Notice, promptly deliver mandatory chambers copies of all previously filed documents to the newly assigned-district judge. See L.R. 5-4.5. A copy of this Notice should be attached to the first page of the mandatory chambers copy of the case-initiating document.*

---

## PROOF OF SERVICE

*Morley Cambridge Tatro v. Law School Admission Council, Inc.*
USDC- Central District of CA, Case No.2:15-cv-7627 RGK (JEMx)

I am a resident of the State of California, County of Los Angeles; I am over the age of eighteen years and not a party to the within action; my business address is 300 South Grand Avenue, 22nd Floor, Los Angeles, California 90017.

On September 30, 2015, I served on the interested parties in this action the within document(s) entitled:

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**

[ X ]   **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY OVERNIGHT MAIL:** by **FEDERAL EXPRESS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

[ ]   **BY PERSONAL SERVICE** – I delivered to an authorized courier or driver authorized by Express Network to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

[ ]   **BY ELECTRONIC SERVICE**: the parties listed below were served electronically with the document(s) listed above by e-mailed PDF files on September 30, 2015. The transmission was reported as complete and without error. My electronic notification address is 300 S. Grand Avenue, 22nd Floor, Los Angeles, California 90071. My e-mail address is cwynne@morganlewis.com.

Rene P. Tatro
Steven R. Tekosky
**TATRO TEKOSKY SADWICK LLP**
333 S. Grand Avenue, Suite 4270
Los Angeles, California 90071

| | |
|---|---|
| 1 | Executed on September 30, 2015, at Los Angeles, California. |
| 2 | I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that |
| 3 | the foregoing is true and correct. |

_____
Candice S. Wynne

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 84858281.1

3

PROOF OF SERVICE