MORGAN, LEWIS & BOCKIUS LLP
MONIQUE E. CHO (State Bar No. 251949)
mcho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
ANITA B. POLOTT (*pro hac vice* application
forthcoming)
apolott@morganlewis.com
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004-2541
Tel:   +1.202.739.3000
Fax:   +1.202.739.3001

MORGAN, LEWIS & BOCKIUS LLP
JOHN V. GORMAN (*pro hac vice* application
forthcoming)
jgorman@morganlewis.com
AMY M. DUDASH (*pro hac vice* application
forthcoming)
adudash@morganlewis.com
1701 Market Street
Philadelphia, PA  19103-2921
Tel:   +1.215.963.5000
Fax:   +1.215.963.5001

Attorneys for Defendant
LAW SCHOOL ADMISSION COUNCIL,
INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORLEY CAMBRIDGE TATRO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC., a Delaware corporation; and DOES 1-50,<br><br>Defendants. | Case No. 2:15-CV-7627 RGK (JEMx)<br><br>**PROOF OF SERVICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 84858281.1

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, California 90071-3132.

I hereby certify that on September 29, 2015, a true and correct copy of the following documents:

**NOTICE OF REMOVAL OF CIVIL ACTION**

**DEFENDANT'S CIVIL COVER SHEET**

**DEFENDANT LAW SCHOOL ADMISSION COUNCIL, INC.'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

**DEFENDANT LAW SCHOOL ADMISSION COUNCIL, INC.'S NOTICE OF RELATED CASES**

was served on all other interested parties by personal service, by causing the documents listed above to be personally delivered to the office of the persons listed at the address set forth below by courier:

Rene P. Tatro
Steven R. Tekosky
**TATRO TEKOSKY SADWICK LLP**
333 S. Grand Avenue, Suite 4270
Los Angeles, California 90071

Executed on September 29, 2015, at Los Angeles, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_____
Candice S. Wynne

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 84844594.1

2

PROOF OF SERVICE