MORGAN, LEWIS & BOCKIUS LLP
MONIQUE E. CHO (State Bar No. 251949)
mcho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
ANITA B. POLOTT (*pro hac vice* application forthcoming)
apolott@morganlewis.com
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2541
Tel: +1.202.739.3000
Fax: +1.202.739.3001

MORGAN, LEWIS & BOCKIUS LLP
JOHN V. GORMAN (*pro hac vice* application forthcoming)
jgorman@morganlewis.com
AMY M. DUDASH (*pro hac vice* application forthcoming)
adudash@morganlewis.com
1701 Market Street
Philadelphia, PA 19103-2921
Tel: +1.215.963.5000
Fax: +1.215.963.5001

Attorneys for Defendant
LAW SCHOOL ADMISSION COUNCIL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORLEY CAMBRIDGE TATRO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC., a Delaware corporation; and DOES 1-50,<br><br>Defendants. | Case No. 2:15-CV-7627 RGK (JEMx)<br><br>**NOTICE OF ERRATA RE: DOCKET ENTRY NO. 11** |

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

DB1/ 84861399.1

NOTICE OF ERRATA RE DKT. ENTRY #11
2:15-CV-7627 RGK (JEMX)

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Defendant Law School Admission Council, Inc. ("LSAC") inadvertently filed the Notice of Assignment to United States Judges (Docket Entry No. 11) instead of the Proof of Service of the Notice of Assignment to United States Judges. Attached hereto as **Exhibit A** is the Proof of Service of the Notice of Assignment that LSAC intended to file.

Dated: October 1, 2015  MORGAN, LEWIS & BOCKIUS LLP

By /s/ Monique E. Cho
Monique E. Cho
Attorneys for Defendant
LAW SCHOOL ADMISSION COUNCIL, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 84861399.1

2

NOTICE OF ERRATA RE DKT. ENTRY #11
2:15-CV-7627 RGK (JEMX)

# EXHIBIT A

MORGAN, LEWIS & BOCKIUS LLP
MONIQUE E. CHO (State Bar No. 251949)
mcho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:   +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
ANITA B. POLOTT (*pro hac vice* application forthcoming)
apolott@morganlewis.com
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004-2541
Tel:    +1.202.739.3000
Fax:   +1.202.739.3001

MORGAN, LEWIS & BOCKIUS LLP
JOHN V. GORMAN (*pro hac vice* application forthcoming)
jgorman@morganlewis.com
AMY M. DUDASH (*pro hac vice* application forthcoming)
adudash@morganlewis.com
1701 Market Street
Philadelphia, PA  19103-2921
Tel:    +1.215.963.5000
Fax:   +1.215.963.5001

Attorneys for Defendant
LAW SCHOOL ADMISSION COUNCIL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORLEY CAMBRIDGE TATRO, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC., a Delaware corporation; and DOES 1-50,<br><br>  Defendants. | Case No. 2:15-CV-7627 RGK (JEMx)<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

*Morley Cambridge Tatro v. Law School Admission Council, Inc.*
USDC- Central District of CA, Case No.2:15-cv-7627 RGK (JEMx)

I am a resident of the State of California, County of Los Angeles; I am over the age of eighteen years and not a party to the within action; my business address is 300 South Grand Avenue, 22nd Floor, Los Angeles, California 90017.

On September 30, 2015, I served on the interested parties in this action the within document(s) entitled:

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**

[ X ]   **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[  ]   **BY OVERNIGHT MAIL:** by **FEDERAL EXPRESS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

[  ]   **BY PERSONAL SERVICE** – I delivered to an authorized courier or driver authorized by Express Network to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

[  ]   **BY ELECTRONIC SERVICE**: the parties listed below were served electronically with the document(s) listed above by e-mailed PDF files on September 30, 2015. The transmission was reported as complete and without error. My electronic notification address is 300 S. Grand Avenue, 22nd Floor, Los Angeles, California 90071. My e-mail address is cwynne@morganlewis.com.

Rene P. Tatro
Steven R. Tekosky
**TATRO TEKOSKY SADWICK LLP**
333 S. Grand Avenue, Suite 4270
Los Angeles, California 90071

1  Executed on September 30, 2015, at Los Angeles, California.

2  I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that
3  the foregoing is true and correct.

*/s/ Candice S. Wynne*
Candice S. Wynne

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

DB1/ 84858281.1

3

PROOF OF SERVICE