Monique E. Cho (Bar No. 252203)
mcho@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
200 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

John V. Gorman (*pro hac vice* application forthcoming)
jgorman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000
Fax: 215.963.5001

Anita B. Polott (*pro hac vice* application forthcoming)
apolott@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. N.W.
Washington, DC 20004-2541
Tel: 202.739.3000
Fax: 202.739.3001

***Attorneys for Defendant Law School Admission Council, Inc.***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORLEY CAMBRIDGE TATRO,<br><br>Plaintiff,<br><br>vs.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC. and DOES 1-50,<br><br>Defendants. | Case No. 2:15-cv-07627-RGK-JEM<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT BY LAW SCHOOL ADMISSION COUNCIL, INC.**<br><br>**[FED. R. CIV. P. 12(B)(6)]**<br><br>Judge: Hon. R. Gary Klausner<br>Date: November 9, 2015<br>Time: 9:00 a.m.<br>Courtroom: 850 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2:15-CV-07627-RGK-JEM
NOTICE OF MOTION AND MOTION TO
DISMISS PLAINTIFF'S COMPLAINT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 9, 2015 at 9:00 am, or on such other date to be set by the Court, at 312 N. Spring St., Los Angeles, CA 90012, in Courtroom 850, before the Honorable R. Gary Klausner, defendant Law School Admission Council, Inc. will and hereby does move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing the Complaint (Docket Index 1, Ex. 1) filed by plaintiff Morley Cambridge Tatro ("Plaintiff").

**LSAC moves to dismiss the Complaint on the following grounds**:

The Complaint fails to state a claim upon which relief can be granted.

*First*, Counts I, II, and III should be dismissed because Plaintiff failed to adequately allege the existence of a binding contract, which is a prerequisite to recovery for each of these claims. It is well-established that (1) Plaintiff cannot recover for breach of a non-existent contract, (2) the covenant of good faith and fair dealing cannot be implied into a non-existent contract, and (3) the Court cannot declare rights and obligations arising out of a non-existent contract.

*Second*, Counts II and III (asserting claims for breach of the implied covenant of good faith and fair dealing and declaratory judgment) should be dismissed to the extent that they are duplicative of Count I (asserting a claim for breach of contract) as all three of these counts are based on the same factual underpinnings.

*Third*, to the extent Count III asserts a claim for declaratory relief regarding the Licensing Agreement between the parties, Count III should be dismissed for failure to satisfy the requisite pleading standards set forth in *Twombly* and *Iqbal*. *See Bell Atlantic v. Twombly*, 550 U.S. 544, 570 (2007); *see also Ashcroft v. Iqbal*, 556 U.S. 662, 677 (2009).

*Finally*, because any attempts by Plaintiff to amend Counts I, II, or III would be futile, the Complaint should be dismissed with prejudice.

This Motion is made following the conference of counsel pursuant to L.R. 7-

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

2:15-CV-07627-RGK-JEM
NOTICE OF MOTION AND MOTION TO
DISMISS PLAINTIFF'S COMPLAINT

1  3, which took place on September 28, 2015.  This Motion is based on this Notice of
2  Motion and Motion, the Memorandum of Points and Authorities filed concurrently
3  herewith, the Reply filed in support of the Motion, all pleadings and papers on file
4  or to be filed in the above-entitled action, arguments of counsel, and any other
5  matters that may properly come before the Court for its consideration.

6  Dated:  October 5, 2015                    MORGAN, LEWIS & BOCKIUS LLP

By:  */s/* Monique E. Cho
    Monique E. Cho
    Attorneys for Defendant
    LAW SCHOOL ADMISSION
    COUNCIL, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

2:15-CV-07627-RGK-JEM
NOTICE OF MOTION AND MOTION TO
DISMISS PLAINTIFF'S COMPLAINT