Name and address:
MORGAN, LEWIS & BOCKIUS LLP
MONIQUE E. CHO (State Bar No. 251949)
300 S. Grand Ave., Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
Email: mcho@morganlewis.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MORLEY CAMBRIDGE TATRO, an individual

Plaintiff(s)

v.

LAW SCHOOL ADMISSION COUNCIL, INC., a Delaware corporation

Defendant(s).

CASE NUMBER

2:15-cv-7627 RGK (JEMx)

(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Gorman, John V.
*Applicant's Name (Last Name, First Name & Middle Initial)*

215.963.5000            215.963.5001
*Telephone Number*      *Fax Number*

jgorman@morganlewis.com
*E-Mail Address*

of  Morgan, Lewis & Bockius LLP
    1701 Market Street
    Philadelphia, PA 19103-2921

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Law School Admission Council, Inc.

*Name(s) of Party(ies) Represented*     ☐ Plaintiff  ☒ Defendant  ☐ Other: _____

and designating as Local Counsel

Cho, Monique E.
*Designee's Name (Last Name, First Name & Middle Initial)*

251949            213.612.2500
*Designee's Cal. Bar Number*   *Telephone Number*

                  213.612.2501
                  *Fax Number*

of  Morgan, Lewis & Bockius LLP
    300 S. Grand Ave., Twenty-Second Floor
    Los Angeles, CA 90071-3132

*Firm Name & Address*

mcho@morganlewis.com
*E-Mail Address*

hereby ORDERS the Application be:

☒ GRANTED.

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED, for failure to pay the required fee.

Dated  OCT 9 2015

U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (06/13)  (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*            Page 1 of 1