Monique E. Cho (Bar No. 252203)
mcho@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
200 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500, Fax: 213.612.2501

John V. Gorman (*pro hac vice*)
jgorman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000, Fax: 215.963.5001

Anita B. Polott (*pro hac vice* application forthcoming)
apolott@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. N.W.
Washington, DC 20004-2541
Tel: 202.739.3000, Fax: 202.739.3001

*Attorneys for Defendant Law School Admission Council, Inc.*

René P. Tatro (Bar No. 78383)
Steven R. Tekosky (Bar No. 102918)
TATRO TEKOSKY SADWICK LLP
333 S. Grand Avenue, Suite 4270
Los Angeles, CA 90071
Tel: (213)225-7171, Fax: (213)225-7151
Email: renetatro@ttsmlaw.com
       stevetekosky@ttsmlaw.com

*Attorneys for Plaintiff Morley Cambridge Tatro*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORLEY CAMBRIDGE TATRO,<br><br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC. and DOES 1-50,<br><br>　　　　　　　　Defendants. | Case No. 2:15-cv-07627 RGK (JEMx)<br><br>**JOINT STIPULATION RE: HEARING ON MOTION TO DISMISS**<br><br>Old Date:　November 9, 2015<br>New Date:　November 16, 2015<br>Judge:　　　Hon. R. Gary Klausner<br>Courtroom:　850 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2:15-CV-07627 RGK (JEMx)
JOINT STIPULATION RE: HEARING ON
MOTION TO DISMISS

Pursuant to Central District Local Rule 7-1, Plaintiff Morley Cambridge Tatro ("Tatro") and Defendant Law School Admission Council, Inc. ("LSAC") hereby stipulate as follows:

WHEREAS, LSAC filed its Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss") on October 5, 2015 (Docket No. 15);

WHEREAS, the Motion to Dismiss was initially noticed to be heard on November 9, 2015, at 9:00 a.m.;

WHEREAS, due to scheduling concerns, Tatro requested a brief continuance of the hearing on the Motion to Dismiss; and

WHEREAS, LSAC has agreed in good faith to move the hearing on the Motion to Dismiss by one week to November 16, 2015.

IT IS HEREBY STIPULATED that the hearing on LSAC's Motion to Dismiss be moved from November 9, 2015, at 9:00 a.m. to November 16, 2015, at 9:00 a.m., or as soon thereafter as the Court may allow.

IT IS SO STIPULATED.

Dated: October 14, 2015            TATRO TEKOSKY SADWICK LLP


By: _____ for
René P. Tatro
Steven R. Tekosky
Attorneys for Plaintiff
MORLEY CAMBRIDGE TATRO

Dated: October 14, 2015            MORGAN, LEWIS & BOCKIUS LLP


By: _____
Monique E. Cho
Attorneys for Defendant
LAW SCHOOL ADMISSION COUNCIL, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

2:15-CV-07627 RGK (JEMx)
JOINT STIPULATION RE: HEARING ON
MOTION TO DISMISS