Name and address:
MORGAN, LEWIS & BOCKIUS LLP
MONIQUE E. CHO (State Bar No. 251949)
300 S. Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
mcho@morganlewis.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORLEY CAMBRIDGE TATRO, an individual<br><br>Plaintiff(s)<br><br>v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC., a Delaware corporation<br><br>Defendant(s). | CASE NUMBER<br><br>2:15-cv-7627 RGK (JEMx)<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Polott, Anita B
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 739.3000            (202) 739.3001
*Telephone Number         Fax Number*

apolott@morganlewis.com
*E-Mail Address*

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2541
*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Law School Admission Council, Inc.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff    x Defendant    ☐ Other: _____

**and designating as Local Counsel**

Cho, Monique E.
*Designee's Name (Last Name, First Name & Middle Initial)*

251949              213.612.2500
*Designee's Cal. Bar Number   Telephone Number*

213.612.2501
*Fax Number*

of

Morgan, Lewis & Bockius LLP
300 S. Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132
*Firm Name & Address*

mcho@morganlewis.com
*E-Mail Address*

**hereby ORDERS the Application be:**

**X GRANTED**.
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED.** For failure to pay the required fee.

**Dated:** October 14, 2015

*(signed)* Gary Klausner

**U.S. District Judge**