UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORLEY CAMBRIDGE TATRO,<br><br>  Plaintiff,<br><br>vs.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC. and DOES 1-50<br><br>  Defendants. | Case No. 2:15-cv-07627 RGK (JEMx)<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION RE: HEARING ON MOTION TO DISMISS**<br><br>Judge:  Hon. R. Gary Klausner<br>Courtroom:  850 |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

| | |
|---|---|
| 1 | Having read and considered the Joint Stipulation re: Hearing on Motion to Dismiss submitted by Plaintiff Morley Cambridge Tatro and Defendant Law School Admission Council, Inc., IT IS HEREBY ORDERED that the hearing on Defendant Law School Admission Council, Inc.'s Motion to Dismiss Plaintiff's Complaint be moved from November 9, 2015, at 9:00 a.m. to November 16, 2015, at 9:00 a.m. |

**IT IS SO ORDERED.**

Date: October 15, 2015   By: _/s/ Gary Klausner_____
                         Hon. R. Gary Klausner
                         U.S. District Court Judge