René P. Tatro (State Bar No. 78383)
Steven R. Tekosky (State Bar No. 102918)
TATRO TEKOSKY SADWICK LLP
333 S. Grand Avenue, Suite 4270
Los Angeles, CA  90071
Telephone:    (213) 225-7171
Facsimile:     (213) 225-7151
Email:    renetatro@ttsmlaw.com
              stevetekosky@ttsmlaw.com

Attorneys for Plaintiff
Morley Cambridge Tatro

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORLEY CAMBRIDGE TATRO, an individual<br><br>                              Plaintiff,<br><br>        v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC., a Delaware corporation; and DOES 1-50,<br><br>                              Defendants. | Case No. 2:15-cv-07627-RGK-JEM<br><br>**PLAINTIFF MORLEY CAMBRIDGE TATRO'S NOTICE OF INTERESTED PARTIES**<br><br>**LOCAL RULE 7.1-1**<br><br>Honorable R. Gary Klausner |

The undersigned, counsel of record for plaintiff Morley Cambridge Tatro, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  This representation is made, pursuant to Local Rule 7.1-1, to enable the Court to evaluate possible disqualification or recusal:

1.    Plaintiff Morley Cambridge Tatro

2.    Defendant Law School Admission Council, Inc.

Date: October 26, 2015                    TATRO TEKOSKY SADWICK LLP


By: ___*René P. Tatro*_____
        René P. Tatro, Esq.
        Attorney for Plaintiff
        Morley Cambridge Tatro

Tatro Tekosky
Sadwick LLP
ATTORNEYS AT LAW

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October, 2015, I electronically filed

**PLAINTIFF MORLEY CAMBRIDGE TATRO'S NOTICE OF INTERESTED PARTIES**

with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following**:**

Monique E. Cho
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
mcho@morganlewis.com

Anita B. Polott
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2541
apolott@morganlewis.com

John V. Gorman
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2921
jgorman@morganlewis.com


 /s/ *Karen L. Roberts*
 Karen L. Roberts