Monique E. Cho (Bar No. 252203)
mcho@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
200 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

John V. Gorman (admitted *pro hac vice*)
jgorman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000
Fax: 215.963.5001

Anita B. Polott (admitted *pro hac vice*)
apolott@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. N.W.
Washington, DC 20004-2541
Tel: 202.739.3000
Fax: 202.739.3001

***Attorneys for Defendant Law School Admission Council, Inc.***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORLEY CAMBRIDGE TATRO,<br><br>Plaintiff,<br><br>vs.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC. and DOES 1-50,<br><br>Defendants. | Case No. 2:15-cv-07627-RGK-JEM<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, TO TRANSFER BY LAW SCHOOL ADMISSION COUNCIL, INC.**<br><br>**[FED. R. CIV. P. 12(B)(6); FED. R. CIV. P. 12(B)(1); 28 U.S.C. § 1404(A), 28 U.S.C. § 2201]**<br><br>Judge: Hon. R. Gary Klausner<br>Date: January 25, 2016<br>Time: 9:00 a.m.<br>Courtroom: 850 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2:15-CV-07627-RGK-JEM
NOTICE OF MOTION AND MOTION TO
DISMISS PLAINTIFF'S COMPLAINT, OR,
IN THE ALTERNATIVE, TO TRANSFER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 25, 2016 at 9:00 am, or on such other date to be set by the Court, at 312 N. Spring St., Los Angeles, CA 90012, in Courtroom 850, before the Honorable R. Gary Klausner, defendant Law School Admission Council, Inc. ("LSAC") will and hereby does move the Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and 28 U.S.C. § 2201 for an order dismissing the First Amended Complaint (Docket Index 28) ("Amended Complaint") filed by plaintiff Morley Cambridge Tatro ("Plaintiff"). In the alternative, LSAC will and hereby does move the Court, pursuant to 28 U.S.C. § 1404(a), to transfer the instant action to the United States District Court for the Eastern District of Pennsylvania.

**LSAC moves to dismiss the Amended Complaint on the following grounds**:

*First*, the Court should exercise its discretion to dismiss this declaratory judgment action, which is precisely the type of action that courts routinely dismiss in favor of later-filed actions – *i.e.*, a tactically-filed declaratory judgment action meant to disrupt settlement discussions and to win the race to the courthouse before LSAC could file its own affirmative copyright infringement action.

*Second*, the Court should dismiss the Amended Complaint with prejudice because it fails to state a claim for relief. Plaintiff's claim is premised on a purported right to 30 days notice before license termination found in LSAC's Licensing Policy, but by its express terms, the Licensing Policy does not displace LSAC's right to terminate the Licensing Agreement for any reason at any time.

**LSAC moves in the alternative to transfer this action to the Eastern District of Pennsylvania on the following ground**:

Even if the Court were to conclude that the Amended Complaint could survive dismissal, the Court should exercise its discretion to transfer the instant

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

2:15-CV-07627-RGK-JEM
NOTICE OF MOTION AND MOTION TO
DISMISS PLAINTIFF'S
AMENDED COMPLAINT, OR, IN THE
ALTERNATIVE, TO TRANSFER

1  action to the United States District Court for the Eastern District of Pennsylvania
2  where the parties are already litigating, engaging in discovery, and proceeding to a
3  trial in a case involving overlapping – yet broader – factual and legal issues because
4  the interests of justice and convenience factors warrant transfer.

5       This Motion is made following a conference of counsel.  LSAC did not
6  decide to dismiss the Amended Complaint until after seven days before the date of
7  filing the instant Motion.  Upon determining that it was going to move to dismiss
8  the Amended Complaint, LSAC's counsel promptly contacted Plaintiff's counsel to
9  confer regarding the Motion.  Although Plaintiff's counsel was unavailable for
10 several days, counsel for the parties were able to confer before the filing of the
11 Motion, and LSAC's counsel presented the bases for its Motion, but counsel were
12 unable to resolve their disputes regarding the issues presented herein.  While LSAC
13 hereby notices the hearing date for its motion for January 25, 2016, it has no
14 objection to rescheduling the hearing date to Monday, February 1, 2016.

15      This Motion is based on this Notice of Motion and Motion, the Memorandum
16 of Points and Authorities filed concurrently herewith, the Request for Judicial
17 Notice and accompanying documents filed therewith, the Reply filed in support of
18 the Motion, all pleadings and papers on file or to be filed in the above-entitled
19 action, arguments of counsel, and any other matters that may properly come before
20 the Court for its consideration.

21 Dated:  December 17, 2015          MORGAN, LEWIS & BOCKIUS LLP

23           */s/ John V. Gorman*
24           Monique E. Cho
          John V. Gorman
25           Anita Polott

26           **Attorneys for Defendant Law School Admission Council, Inc.**

27
28

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

2

2:15-CV-07627-RGK-JEM
NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, TO TRANSFER