# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MORLEY CAMBRIDGE TATRO | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:15-CV-07627-RGK-JEM |
| v. | |
| LAW SCHOOL ADMISSION COUNCIL, ET AL | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Morley Cambridge Tatro     ☒ Plaintiff ☐ Defendant ☐ Other
*Name of Party*

to substitute Heather A. Antoine who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

Antoine Law Group, APC, 9595 Wilshire Blvd., Ste. 900
*Street Address*

Beverly Hills, CA 90212        hantoine@antoinelaw.com
*City, State, Zip*        *E-Mail Address*

(310) 849-3134     (877) 867-3303     246917
*Telephone Number*     *Fax Number*     *State Bar Number*

as attorney of record instead of Rene P. Tatro, Steven R. Tekosky, and Juliet A. Markowitz - Tatro Tekosky Sadwick LLP
*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby ☒ GRANTED ☐ DENIED

Dated DEC 2 1 2015

GARY KLAUSNER
U. S. District Judge/~~U.S. Magistrate Judge~~