Name and address:

Heather Antoine (246917)
Antoine Law Group APC
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
(310) 849-3134

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORLEY CAMBRIDGE TATRO, an individual<br><br>                                              Plaintiff(s)<br>v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC., ET AL.<br><br>                                              Defendant(s). | CASE NUMBER<br><br>2:15-cv-07627-RGK-JEM<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; note that electronic signatures are not accepted. Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.
(2) Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).
(3) Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.

**SECTION I - INFORMATION**

Menhart, Eric J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

Lexero Law
*Firm Name*

316 F St. NE, Suite 101                       (855) 453-9376 Ext. 101        (855) 453-9376
                                              *Telephone Number*              *Fax Number*

Washington, DC 20002                          Eric.Menhart@Lexero.com
*City, State, Zip Code*                        *E-Mail Address*

*Street Address* [above]

**I have been retained to represent the following parties:**

Morley Cambridge Tatro                ☒ Plaintiff   ☐ Defendant   ☐ Other: _____
_____               ☐ Plaintiff   ☐ Defendant   ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| District of Columbia Court of Appeals | August 6, 2007 | Yes |
| Court of Appeals of Maryland | June 13, 2006 | Yes |
| Supreme Court of Massachusetts | July 29, 2006 | Yes |

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:14-cv-9556-GW-JEM | Aardwolf LLC v. AISMLLC, et al. | February 2015 | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

[ ]

Have you previously registered as a CM/ECF user in the Central District of California?   [x] Yes   [ ] No

If yes, was your CM/ECF User account associated with the e-mail address provided above?   [x] Yes   [ ] No:

_____
*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 12/26/2015         Eric J. Menhart
                         _____
                         *Applicant's Name (please type or print)*
                         /s/ Eric J. Menhart
                         _____
                         *Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Antoine, Heather A.
*Designee's Name (Last Name, First Name & Middle Initial)*

Antoine Law Group APC
*Firm Name*

9595 Wilshire Boulevard, Suite 900

*Street Address*

Beverly Hills, CA 90212
*City, State, Zip Code*

(310) 849-3134
*Telephone Number*

(877) 867-3303
*Fax Number*

hantoine@antoinelaw.com
*E-Mail Address*

246917
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel.**

Dated 12/29/15

Heather A. Antoine
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**ERIC MENHART**

was on **AUGUST 6, 2007** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on JANUARY 26, 2015.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

## Find A Member Search Results

**Search again (find-a-member.cfm)**.

Records matching your search criteria: 1

1. **Eric J Menhart**
   Lexero Law
   316 F St NE
   Suite 101
   Washington DC 20002

   Email:  (http://www.google.com/recaptcha/mailhide/d?k=01SvZAaZllMI3MsbeEDXf10g==&c=B-wflJWRiCKf1apToAeWg2I6QPTWH_PfOGoKFhXigWE==)
   Phone: 855-453-9376
   Fax: 855-453-9376

   Membership Status: Active
   Disciplinary history: No
   Date of admission: August 6, 2007

   [Save contact]

Exhibit #2

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the nineteenth day of July A.D. 2006, said Court being the highest Court of Record in said Commonwealth:

### Eric J. Menhart

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this twenty-ninth day of January in the year of our Lord two thousand and fifteen.

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the thirteenth day of June, 2006,

### Eric James Menhart

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-sixth day of January, 2015.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland

## Massachusetts Board of Bar Overseers of the Supreme Judicial Court
99 High Street
Boston, Ma. 02110
### Attorney Status Report



Eric J. Menhart
Lexero Law
855-453-9376
420 C Street NE

Washington DC 20002

Admitted to the bar on 07/19/06
Board of Bar Overseers number: 665552
Current status is Active

Full office addresses listed for Active, IHC, and 304 status attorneys only.

This attorney has certified that he or she is **covered** by professional liability insurance.

This attorney has no record of public discipline.

Data as of 12/16/15

**Click HERE to SEARCH AGAIN!**

**or HERE to return to the main page.**

Exhibit #1