1 | Heather Antoine (246917)
Antoine Law Group APC
2 | 9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
3 | Office: (310) 849-3134
Fax: (877) 867-3303
4 | hantoine@antoinelaw.com

5 | Eric J. Menhart (*Pending Admission Pro Hac Vice*)
Lexero Law
6 | 316 F Street NE, Suite 101
Washington, DC 20002
7 | Office: (855) 453-9376
Fax: (855) 453-9376
8 | Eric.Menhart@Lexero.com

9 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| MORLEY CAMBRIDGE TATRO, | |
|---|---|
| Plaintiff, | Civil Action No. 2:15-cv-7627-RGK-JEM |
| v. | Honorable R. Gary Klausner |
| LAW SCHOOL ADMISSION COUNCIL, INC., ET AL. | **PLAINTIFF'S NOTICE OF TRANSFER OF CASE** |
| Defendants. | |

/
/
/
/

Plaintiff's Notice of Transfer of Case

Plaintiff Morley Cambridge Tatro ("Plaintiff" or "Tatro"), through undersigned counsel and pursuant to the December 29, 2015 Order by Judge Kearney of the United States District Court for the Eastern District of Pennsylvania, hereby notifies the Court of Judge Kearney's Order in Civil Action 15-5219, *Law School Admission Council, Inc. v. Morley Tatro*. The Order, under 28 U.S.C. § 1404(a), transfers the above-mentioned civil action to the United States District Court for the Central District of California. The Opinion and Order are attached hereto for the Court's convenience.

/s/ Heather Antoine

Heather Antoine, Esq.

/s/ Eric J. Menhart

Eric J. Menhart, Esq. *

* *Pending Admission Pro Hac Vice*

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via ECF and all parties of record were automatically notified via that system.

/s/ Eric J. Menhart

Eric J. Menhart, Esq. *

* *Pending Admission Pro Hac Vice*