Heather Antoine (246917)
Antoine Law Group APC
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Office: (310) 849-3134
Fax: (877) 867-3303
hantoine@antoinelaw.com

Eric J. Menhart (*Pending Admission Pro Hac Vice*)
Lexero Law
316 F Street NE, Suite 101
Washington, DC 20002
Office: (855) 453-9376
Fax: (855) 453-9376
Eric.Menhart@Lexero.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MORLEY CAMBRIDGE TATRO,<br><br>Plaintiff,<br><br>v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC., ET AL.<br><br>Defendants. | Case No: 2:15-cv-7627-RGK-JEM<br><br>**NOTICE JOINT MOTION TO CONSOLIDATE CASES**<br><br>**Date:** February 22, 2016<br>**Time:** 9:00 am<br>**Location:** Roybal Courtroom 850 |

////

////

////

////

////

1    PLEASE TAKE NOTICE THAT on February 22, 2016 or as soon as this

2   motion may be heard, at the above identified courtroom of the Honorable R. Gary

3   Klausner, both parties will and hereby does move the Court to grant the "Joint

4   Motion to Consolidate Cases."

5    Pursuant to Local Rule 7-2, Plaintiff's and Defendant's counsel conferred on

6   January 6, 2016, and agreed to jointly file the motion.

7    The "Joint Motion to Consolidate Cases" is supported by the accompanying

8   memorandum and [proposed] order granting the requested relief. For all the

9   reasons stated herein, the motion should be GRANTED.

10

11

12  Respectfully submitted,

13  /s/Eric J. Menhart*                          /s/Heather A. Antoine
    Eric Menhart, Esq.                           Heather A. Antoine, Esq.
14  Lexero Law                                   Antoine Law Group APC
    316 F St. NE, Suite 101                      9595 Wilshire Boulevard, Suite 900
15  Washington, DC 20002                         Beverly Hills, CA 90212
    Eric.Menhart@Lexero.com                      hantoine@antoinelaw.com
16  Phone: 855-453-9376 Ext. 101                 Phone: 310-849-3134
    Fax: 855-453-9376                            Fax: 877-867-3303
17
    * Pending admission *Pro Hac Vice*
18
    Attorneys for Plaintiff
19
    /s/ John V. Gorman*
20  John V. Gorman, Esq.
    Morgan, Lewis & Bockius LLP
21  1701 Market St.
    Philadelphia, PA 19103
22  jgorman@morganlewis.com
    Phone: 215-963-5157
23  Fax: 215-963-5001

24  * Admitted *Pro Hac Vice*

Notice of Joint Motion to Consolidate Cases

Attorney for Defendant

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the date of this filing a copy of the foregoing was served via electronic case filing and all parties of record were served by that system.

<u>/s/Heather A. Antoine</u>
Heather A. Antoine, Esq.